AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Keith Henderson | ) |
| *Petitioner* | ) |
| v. | ) |
| Robert Toole, Sheila Oubie, Marty Allen, et al | ) |
| *Respondent* | ) |

Civil Action No.    4:15-cv-507-BHH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❑ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the petitioner *(name)* _____.

■    other: This case is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge. The court adopts the Report
and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   February 2, 2016                          *CLERK OF COURT*

                                                  s/Debbie Stokes
                                        _____
                                              *Signature of Clerk or Deputy Clerk*